UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:23-CV-00161-RBD-DCI

BRITTANY MINTER,

    Plaintiff,

vs.

CITY OF COCOA BEACH, A Florida Municipality,
MATTHEW LAFLEUR, Individually, and
MATTHEW EASTMAN, Individually,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

**XX**  IS  related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

**State vs. Brittany Minter, Case Number 05-2022-MM-022505-AXXX-XX in the County Court, In and for Brevard County, Florida (Closed)**

___  IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:  March 1, 2023.

/s/ *Jeffrey S. Weiss, Esquire*
JEFFREY S. WEISS, ESQUIRE
Florida Bar No. 750565
GARGANESE, WEISS, D'AGRESTA

& SALZMAN, P.A
111 N. Orange Avenue, 20th Floor
Orlando, Florida  32801
Tel: 407-425-9566/Fax:407-425-9596

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2023, a copy of the foregoing was electronically filed with the Clerk of Court for the US District Court for the Middle District of Florida using the CM/ECF system, which will send a notice of electronic filing to:  Daniel P. Faherty, Esquire, Telfer, Faherty & Anderson, PLLC, 815 South Washington Avenue, Suite 201, Titusville, Florida 32780-1299, cguntner@ctrfa.com; croca@ctrfa.com and Gail C. Bradford, Esquire, Dean, Ringers, Morgan, & Lawton, PA, 201 E Pine Street, Suite 1200, PO Box 2928, Orlando, FL 32802 at gbradford@drml-law.com.

/s/ *Jeffrey S. Weiss, Esquire*
JEFFREY S. WEISS, ESQUIRE
Florida Bar No. 750565
**GARGANESE, WEISS, D'AGRESTA & SALZMAN, P.A.**
111 N. Orange Avenue, Suite 2000
Orlando, Florida 32801
Tel: 407-425-9566/Fax: 407-425-9596
Primary email:   jweiss@orlandolaw.net
Secondary email: lfinke@orlandolaw.net
                 dguzman@orlandolaw.net
Attorneys for Defendants, Matthew Lafleur and Matthew Eastman