UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.:  6:23-cv-0161-RBD-DCI

BRITTANY MINTER,

        Plaintiff,

vs.

CITY OF COCOA BEACH, a Florida
municipality, MATTHEW LAFLEUR,
individually, and MATTHEW EASTMAN,
individually,

        Defendants
_____/

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**COMES NOW**, Daniel P. Faherty, Esquire, of the law firm of Telfer, Faherty & Anderson, P.L.L.C., counsel of record for the Plaintiff herein, and pursuant to Local Rule 2.02(c) files this, his Motion to Withdraw, and as grounds therefore would state:

1. That the Plaintiff, Brittany Minter, retained the undersigned's law firm on May 12, 2022 to represent her in the above civil rights claim.  This lawsuit was filed on January 30, 2023 (Doc. 1) and discovery has just now commenced.  A Case Management and Scheduling Order (Doc. 25) was entered on April 3, 2023 setting this matter down for trial on the November 4, 2024 trial term.

2. Irreconcilable differences have arisen between the Plaintiff and the undersigned, rendering the undersigned unable to continue representation of the Plaintiff.  I have been unable to communicate with my client in spite of repeated attempts and exercising a due diligence investigation to locate her.

3. Although the undersigned firmly believes the Plaintiff's claims have merit and are worthy of my representation, I simply cannot continue to prosecute the claims and engage in discovery and preparation of the case without her assistance.

4. On behalf of the Plaintiff, I request that upon entry of the Order of Withdrawal, she be given a reasonable time to obtain other counsel and that discovery be abated until such time.

5. The Plaintiff has not stipulated to this withdrawal as she has not responded to any of counsel's communications and cannot be located, as aforesaid.

6. Opposing counsel have been provided with a copy of this Motion and they do not object to the relief sought herein.

**WHEREFORE**, the undersigned attorney would respectfully ask this Court to enter an Order allowing the undersigned to withdraw from further representation of the Plaintiff, Brittany Minter.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I have provided fourteen (14) days' notice to the Plaintiff, Brittany Minter, on April 10, 2023, and the withdrawal will result in Plaintiff appearing pro se. Plaintiff's last known mailing address, email address and telephone number is 2400 Woodwind Trail, Apt. 105, Melbourne, Florida 32935, (704-280-6557) (bcminter1017@gmail.com).

## MEMORANDUM OF LAW

Rule 2.02(c), Local Rules of the United States District Court for the Middle District provides that counsel must obtain leave of the Court prior to withdrawing from

the case he filed on a party's behalf. Fourteen days' notice must also be given the client before the Motion is filed.

The undersigned has made every reasonable attempt to locate the Plaintiff and to stay in the case on her behalf, all to no avail.

## CERTIFCATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of April, 2023 a true and correct copy of the foregoing has been filed electronically with the Clerk of the Court and a copy furnished via Electronic Mail to the following:

Gail C. Bradford, Esquire
Dean, Ringers, Morgan & Lawton, P.A.
P.O. Box 2928
Orlando, FL   32802-2928
Attorney for Defendant, City of Cocoa Beach
gbradford@drml-law.com

Jeffrey S. Weiss, Esquire
Garganese, Weiss, D'Agresta & Salzman, P.A.
111 North Orange Avenue, Suite 2000
Orlando, FL   32801
Attorney for Officers Lafleur and Eastman
jweiss@orlandolaw.net
dsambol@orlandolaw.net
dguzman@orlandolaw.net

Brittany Minter, Plaintiff
2400 Woodwind Trail, Apt. 105
Melbourne, FL   32935
Bcminter1017@gmail.com

       s/ Daniel P. Faherty
**DANIEL P. FAHERTY, ESQUIRE**
TELFER, FAHERTY & ANDERSON, P.L.L.C.
815 South Washington Avenue, Suite 201
Titusville, FL   32780
(321) 269-6833/Fax (321) 383-9970
Florida Bar No. 0379697
cguntner@ctrfa.com
croca@ctrfa.com